Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | KENNETH CURTIS PERINE |
| **Docket Number:** | 1:05-MJ-00163 DLB |
| **Offender Address:** | Visalia, California |
| **Judicial Officer:** | Honorable Dennis L. Beck<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | September 07, 2005 |
| **Original Offense:** | 36 CFR 2.35(b)(2) - Possession of a Controlled Substance; 36 CFR 2.4(a)(1)(i) - Unlawful Possession of a Weapon; 36 CFR 2.30(1)(1) - Unlawful Possession of Property. (CLASS B MISDEMEANORS) |
| **Original Sentence:** | One Year Supervised Probation; $750 Fine; $10 Special Assessment; Mandatory Testing. |
| **Special Conditions:** | 50 Hours Community Service Work within first 6 Months; Drug Testing with $5.00 co-pay; 2 Days Custody in Bureau of Prisons. |
| **Type of Supervision:** | Probation. |
| **Supervision Commenced:** | September 07, 2005. |
| **Assistant U.S. Attorney:** | Stanley A. Boone      **Telephone:** (559) 498-7442 |
| **Defense Attorney:** | Carrie Leonetti       **Telephone:** (559) 303-5058 |
| **Other Court Action:** | None. |
| : | |

Rev. 04/2005
PROB12B.MRG

**RE:   PERINE, Kenneth Curtis**
     **Docket Number:  1:05-MJ-00163 DLB**
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the releasee shall participate in a correctional treatment program to obtain assistance for drug or alcohol use.

**Justification:**

On November 09, 2005, the probationer submitted a urine specimen, which tested positive for amphetamine, methamphetamine, and marijuana. He submitted a second urine specimen on December 02, 2005, which he claims will be positive for the same substances. The probationer acknowledges a personal drug problem and is requesting assistance to overcome this matter. The probation officer concurs with the request for the proposed modification of the conditions of probation to add a special condition for substance abuse counseling. The probationer has signed the Waiver of Hearing for this modification.

Respectfully submitted,

/s/ DAN L. VIANELLO

**DAN L. VIANELLO**
**Senior United States Probation Officer**
Telephone:  (559) 734-0978

**DATED:**     December 05, 2005
          Visalia, California

RE:  PERINE, Kenneth Curtis
     Docket Number:  1:05-MJ-00163 DLB
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**REVIEWED BY:**     /s/ RICK C. LOUVIERE

     **RICK C. LOUVIERE**
     **Supervising United States Probation Officer**

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

December 5, 2005                              /s/ Dennis L. Beck
**Date**                                      **Signature of Judicial Officer**

cc:  United States Probation
     Stanley A. Boone, Assistant United States Attorney
     Carrie Leonetti, Assistant Federal Defender
     Defendant
     Court File